UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/2021

*In re* Application of The Liverpool Limited Partnership

21-mc-392 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Applicant The Liverpool Limited Partnership is hereby ORDERED to serve the application and all supporting papers on Respondent JP Morgan Chase & Co. by May 24, 2021. Applicant shall promptly file proof of service on the public docket. Within three days of service, the parties shall confer and propose a briefing schedule.

Applicant The Liverpool Limited Partnership is further ORDERED to email unredacted copies of its papers to nathannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated: May 18, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1