```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *In re* Application of the Liverpool Limited Partnership | 21-mc-392 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

On April 7, 2021, Petitioner filed an application to conduct discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782. In a Memorandum Opinion & Order temporarily filed under seal, the Court DENIES Petitioner's motion. The Court will send the temporarily sealed Opinion to the parties. By November 5, 2021, the parties are ORDERED to inform the Court whether either party seeks sealing or limited redactions of the Court's Opinion, justifying any such request by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). In addition, both parties filed redacted copies of their underlying briefing without making specific application to the Court. Accordingly, the parties are ORDERED to justify and explain such redactions on or before November 26, 2021.

SO ORDERED.

1

Dated: November 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge