UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/21
```

*In re* Application of The Liverpool Limited
Partnership

21-mc-392 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Petitioner's motion for relief from the Court's November 4, 2021 order denying discovery under 28 U.S.C. § 1782.  Dkt. No. 41.  Respondent is hereby ORDERED to file a response on or before November 24, 2021.

Per the Court's order dated November 4, 2021, the parties were to indicate by November 5, 2021, whether either seeks sealing or limited redactions of the Court's Opinion.  Dkt. No. 38. Respondent notified the Court that it does not seek redactions, Dkt. No. 40, but the Court is not in receipt of a letter from Petitioner.  Accordingly, Petitioner is ORDERED to indicate by November 19, 2021, if it seeks sealing or limited redactions and justify any such request by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  If the Court does not receive a letter from Petitioner by November 19, 2021, it will file the Opinion without redactions.

SO ORDERED.

Dated: November 17, 2021
       New York, New York

_____
       ALISON J. NATHAN
       United States District Judge