UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/21

*In re* Application of The Liverpool Limited Partnership

21-mc-392 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has been notified that neither party seeks sealing or redactions of the Court's Memorandum Opinion & Order temporarily filed under seal on November 4, 2021. *See* Dkt. Nos. 40, 45. Accordingly, the Clerk of Court is respectfully directed to unseal the Memorandum Opinion & Order at Dkt. No. 39.

SO ORDERED.

Dated: November 23, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge