UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/21

*In re* Application of The Liverpool Limited Partnership

21-mc-392 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has been notified that neither party seeks sealing or redactions of the parties' underlying briefing to the application for an order to take discovery pursuant to 28 U.S.C. § 1782. *See* Dkt. Nos. 48, 49. Accordingly, the parties are ORDERED to filed unredacted copies of their respective briefing on or before December 17, 2021.

    SO ORDERED.

Dated: December 6, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1